**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NANETTE ALLEN,**

**Plaintiff,**

**- against -**

**FRANK BISIGNANO, ET AL.,**

**Defendant.**

**26-cv-5711 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

Leave to proceed in this Court without prepayment of fees is authorized. See 28 U.S.C. § 1915.

**SO ORDERED.**

**Dated: New York, New York**
**July 7, 2026**

**John G. Koeltl**
**United States District Judge**